**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JUANITA OWENS, as Administratrix of the Estate of RONALD OWENS SR., DECEASED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARION COUNTY SHERIFF'S DEPARTMENT, CORECIVIC, INC., WELLPATH, LLC, JOHN DOE ENTITY A, JOHN DOE B, and John Doe C,<br><br>　　　　Defendants. | Case No. 1:22-cv-1460 |

**NOTICE OF REMOVAL**

　　　Defendant Marion County Sheriff's Department hereby removes this case from the Marion Superior Court for the State of Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division. The factual and legal grounds supporting this Notice of Removal are described below.

　　　1.　　On June 23, 2022, Plaintiff filed its Complaint in the Marion Superior Court for the State of Indiana under Case No. 49D03-2206-CT-021004 which alleges violations of the 14th Amendment to the United States Constitution.  This Complaint was served on the Marion County Sheriff's Department on July 15, 2022.

　　　2.　　This Court has original jurisdiction over civil actions arising under the Constitution and laws of the United States.  28 U.S.C. § 1331.  Thus, this Court has original jurisdiction over this civil action because Plaintiff's claims arise under the Constitution and laws of the United States.

3. Defendants may remove this civil action because it was brought in State court when this Court had original jurisdiction over this action. *See* U.S.C. § 1441(a).

4. Further, this Court has supplemental jurisdiction over Plaintiff's state-law claims. 28 U.S.C. § 1367.

5. Indeed, federal law grants Defendants the option of removing an entire action when this Court has original jurisdiction over the action. *See* 28 U.S.C.A. § 1441(c).

6. This notice of removal is being filed within 30 days of Defendants' receipt of the Plaintiff's Complaint and the Defendants shall submit copies of all process, pleadings, and orders served upon them pursuant to 28 U.S.C. § 1446(b)

7. There are currently no pending motions.

8. Counsel for Wellpath, LLC and CoreCivic have no objections to this removal.

WHEREFORE, Defendant Marion County Sheriff's Department hereby removes this case from the Marion County Superior Court for the State of Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division.

FROST BROWN TODD LLC

By: /s/*Anthony W. Overholt*
Anthony W. Overholt, #16481-49
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone:   (317) 237-3800
Facsimile:   (317) 237-3900
Email: aoverholt@fbtlaw.com

*Attorneys for Defendant Marion County Sheriff's Department*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, a copy of the foregoing document was served by electronic mail and by first-class United States Mail, postage prepaid and properly addressed to:

| | |
|---|---|
| Daniel J. McGlone<br>McGlone Law<br>1717 South 3rd Street<br>Terre Haute, IN 47802<br>Tel: (812) 234-4000<br>Fax: (812) 234-4900<br>dan@mcglonelawoffice.com<br><br>*Attorneys for Plaintiff* | Carol A. Dillon<br>Christopher Andrew Farrington<br>Bleeke Dillon Crandall, P.C.<br>8470 Allison Pointe Blvd, Suite 420<br>Indianapolis, IN 46250<br>Tel: (317) 567-2222<br>Fax: (317) 567-2220<br>carol@bleekedilloncrandall.com<br>drew@bleekedilloncrandall.com<br><br>*Attorneys for Wellpath, LLC* |

                                        */s/ Anthony W. Overholt*
                                             Anthony W. Overholt

LR10348.0975408   4894-1090-8202v1